(115 App. Div. 881)

### PEOPLE ex rel. UNITED CONST. CO. v. VOORHIES et al.

(Supreme Court, Appellate Division, Third Department. September 18, 1906.)

On motion for reargument. Denied.
For former opinion, see 99 N. Y. Supp. 918.

PER CURIAM. Motion for reargument denied. Decision amended, so as to read as follows:
Writ dismissed, with $50 costs and disbursements, and the determination of the town board, appealed from, confirmed.

---

### HODGE v. RUTLAND R. CO.

(Supreme Court, Appellate Division, Third Department. September 18, 1906.)

On motion to amend decision. Granted.
For former opinion, see 97 N. Y. Supp. 1107.

PER CURIAM. Decision amended, so as to read as follows:
Judgment and order affirmed as to facts and reversed upon the law, and a new trial granted, with costs to appellant to abide event.

---

(115 App. Div. 82)

### WALSH v. CHURCH et al.

### SAME v. McWILLIAMS et al.

(Supreme Court, Appellate Division, Second Department. October 9, 1906.)

ELECTIONS—PRIMARY LAW—VARIANCE BETWEEN ORAL PROCLAMATION AND WRITTEN STATEMENT OF RESULT.

The oral proclamation of the result required by the primary election law does not control, when it and the written statement of the result of the canvass varies.

Appeal from Special Term.
Proceedings relative to a primary election by John J. Walsh against James S. Church and others and against John T. McWilliams and others. From certain orders, appeals are taken. Reversed and remitted.
Argued before WOODWARD, JENKS, HOOKER, RICH, and MILLER, JJ.
Ernest P. Seelman, for appellant.
R. Percy Chittenden, for respondent.

PER CURIAM. At the argument the learned counsel for the respondent said that, so far as the record of this appeal was concerned, he relied upon the proposition that the oral proclamation of the result required by the primary law must control when it and the written statement of the result of the canvass varied. We are of opinion that this contention is not sound. The proclamation is not the result, but